**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

CHARLES A. CREECH,                    )
                                      )
                    Plaintiff,        )
                                      )
        vs.                           )    No. 1:14-cv-00319-TWP-DKL
                                      )
CAROLYN W. COLVIN,                    )
                                      )
                    Defendant.        )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

        01/15/2015
Date: _____

                              _____
                              Hon. Tanya Walton Pratt, Judge
                              United States District Court
                              Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov